RECEIVED

MAR - 2 2006

U.S. MAGISTRATE
JUDGE

STEPHEN J. SORENSON, Acting United States Attorney (#3049)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-4475

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. N-06- 79 M |
| | : | |
| Plaintiff, | : | **UNDER SEAL** |
| | : | **C O M P L A I N T** **SEALED** |
| vs. | : | |
| | : | |
| | : | |
| MATTHEW DUHAMEL | | |
| CHARLES GRANERE, | | VIO:18 U.S.C. §2252(a)(1), |
| | | (Transportation of Child Pornography); |
| | : | 18 U.S.C. § 2252(a)(2), |
| | | (Receipt of Child Pornography); |
| | | 18 U.S.C. § 2252(a)(B)(4), |
| | | (Possession of Child Pornography); |
| | | 18 U.S.C. § 2, |
| | | (Aiding and Abetting). |
| Defendants | : | |

---

Before Honorable David Nuffer, United States Magistrate Judge for the District of

Utah, appeared the undersigned, who on oath deposes and says:

### COUNT I
### (18 U.S.C. § 2252(a)(1))
### (Transportation of Child Pornography)

On or about the Fall of 2004 and continuing through February 2005, in the Central

Division of the District of Utah,

### MATTHEW DUHAMEL AND CHARLES GRANERE

did knowingly transport or ship in interstate or foreign commerce by any means including

by computer or mails, any visual depiction if the production of such visual depiction

involved the use of a minor engaging in sexually explicit conduct; and such visual

depiction was of such conduct and did aid and abet therein all in violation of 18 U.S.C. §

2252(a)(1), and § 2.

### COUNT II
### (18 U.S.C. § 2252(a)(2))
### (Receipt of Child Pornography)

On or about the Fall 2004 through February 2005, in the Central Division of the

District of Utah,

### MATTHEW DUHAMEL AND CHARLES GRANERE,

knowingly received or distributed any visual depiction that has been shipped or

transported in interstate or foreign commerce, or which contains materials which have

been mailed or so shipped or transported, by any means, including computer, or

knowingly reproduces any visual depiction for distribution in interstate or foreign

commerce or through the mails if the producing of such visual depiction involves the use

of a minor engaging in sexually explicit conduct; and such visual depiction is of such

conduct and did aid and abet therein all in violation of 18 U.S.C. § 2252(a)(2) and § 2.

-2-

COUNT III
(18 U.S.C. § 2252(a)(4)(B))
(Possession of Child Pornography)

On or about the Fall 2004 through February 2005, in the Central Division of the

District of Utah,

MATTHEW DUHAMEL AND CHARLES GRANERE,

knowingly possessed one or more books, magazines, periodicals, films videotapes, or

other matter which contain any visual depiction that has been mailed or shipped or

transported in interstate or foreign commerce or which was produced using materials

which have been mailed or so shipped or transported by any means including by computer

if the producing of such visual depiction involves the use of a minor engaging in sexually

explicit conduct; and such visual depiction is of such conduct and did aid and abet therein

in violation of 18 U.S.C. § 2252(a)(4)(B), and § 2.

I, Petra Butler, Special Agent with the Federal Bureau of Investigation, ("your

affiant"), being duly sworn, depose and state as follows:

1.  Your affiant has been employed by the Federal Bureau of Investigation since

1995 and am currently assigned to the Provo Resident Agency. Prior to working for the

FBI I worked five years for the Secret Service. I am currently assigned to the Utah

County Sex Crimes Task Force. My training includes attending the Innocent Images On-

Line Investigation course as well as various crimes against children investigative courses.

In the course of my employment I have investigated numerous cases involving child

pornography and the coercion and enticement of minors.

2.  As a federal agent, your affiant is authorized to investigate violations of the laws of the United States and is a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

## FACTS AND CIRCUMSTANCES

3.  The statements in this affidavit are based in part on information provided by other law enforcement agencies including other FBI agents and local law enforcement officials involved in the investigation of MATTHEW DUHAMEL and CHARLES PHILIP GRANERE.  I have set forth the facts that I believe establish probable cause to arrest Matthew Duhamel and Charles Philip Granere for violating  Title 18, United States Code, Sections 2252(a)(1), (a)(2), and (a)(4)(B) (Transportation, Receipt and Possession of Child Pornography).

## STATUTORY AUTHORITY

4.  This investigation concerns alleged violations of Title 18, United States Code, Section 2252(a)(1), (a)(2) and § 2252(a) (4)(B) (Transportation, Receipt and Possession of Child Pornography. 18 U.S.C. § 2252(a)(1) states:

Any person who – (1) knowingly transports or ships in interstate or foreign commerce by any means including by computer or mails, any visual depiction if –

(A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and

(B) such visual depiction is of such conduct [is guilty of an offense];

18 U.S.C. § 2252(a)(2) states:

> Any person who – (1) knowingly receives or distributes any visual depiction that
> has been mailed or has been shipped or transported in interstate or foreign
> commerce, or which contains materials which have been mailed or so shipped or
> transported by any means including by computer, or knowingly reproduces any
> visual depiction for distribution in interstate or foreign commerce or through the
> mails, if —
>
> (A) the producing of such visual depiction involves the use of a minor engaging in
> sexually explicit conduct; and
>
> (B) such visual depiction is of such conduct [ is guilty of an offense].

18 U.S.C. § 2252(a)(4)(B) states:

> Any person who –(4)(B) knowingly possesses 1 or more books, magazines,
> periodicals, films, video tapes or other matter which contain any visual depiction
> that has been mailed, or has been shipped or transported in interstate or foreign
> commerce, or which was produced using materials which have been mailed or
> shipped or transported by any means including by computer, if –
>
> (I) the producing of such visual depiction involves the use of a minor engaging in
> sexually explicit conduct
>
> (ii) such visual depiction is of such conduct [is guilty of an offense].

Title 18 United States Code § 2256(2) defines "sexually explicit conduct," as

"actual or simulated":

> (A)   sexual intercourse, including genital-genital, oral-genital, anal-
>        genital, or oral-anal, whether between persons of the same or opposite sex;
> (B)   bestiality;
> ©    masturbation;
> (D)   sadistic or masochistic abuse; or
> (E)   lascivious exhibition of the genitals or pubic area of any person.

18 U.S.C. § 2256(2) does not expressly define "lascivious exhibition of the genitals or

pubic area of any person." However, the phrase has been defined by courts, including the

seminal case, *United States v. Dost,* 636 F.Supp. 828, (S.D. Cal. 1986), *aff'd* 813 F.2d

1231 and 812 F.2d 1239 (9th Cir. 1987) *cert. denied* 484 U.S. 856 (1987). In *Dost,* the

Ninth Circuit established guidelines  to determine what constitutes a lascivious exhibition,

and accordingly, child pornography. These "Dost Factors" have been adopted by the

Tenth Circuit as a test for what constitutes lascivious exhibition. *See United States v.*

*Wolf,* 890 F.2d 241 (10th Cir. 1989). The *Dost* court advised that no single factor should

be given undue weight, nor does a depiction need to involve all of the factors to be found

lascivious. *Id.*

## BACKGROUND OF THE INVESTIGATION

5.   This affidavit is submitted in support of the issuance of an arrest warrant

authorizing the arrest of Matthew Duhamel and Charles Philip Granere.  In the paragraphs

that follow, your affiant provides specific information as to the activity of MATTHEW

DUHAMEL AND CHARLES GRANERE related to certain activities involving the

Transportation, Receipt and Possession of Child Pornography in violation of federal law.

All of the images discussed in this affidavit are made available to the undersigned

magistrate for review at the time of presentation of the application.

The Capps Investigation

6.   According to email records, between December 2003 and throughout 2004, an

individual known as Bill Capps communicated with Matthew Duhamel regarding placing

photographs of a nine-year-old female child known to Capps on a child modeling website,

"www.morgannmodel.com." Duhamel and Capps discussed providing a birth certificate

for Child A, indicating she was older than her real age of nine.  Duhamel also asked

Capps to complete a contract confirming the business relationship between them.

Duhamel used the email "talent@modelshop.com" when communicating with Capps.

      7. According to Capps, Duhamel set up the "morgannmodel.com" website for

Child A. On March 25, 2004 and on April 8, 2004 Duhamel sent two checks to Capps.

Both checks were written on a Washington Mutual bank account and listed an address for

Matthew Duhamel in Utah.

      8. According to FBI investigation, the "morgannmodel.com" site included

numerous visual depictions of nine-year old Child A. Included on the site were the

following depictions of Child A:

      (A) Sitting atop a dining room table with one leg extended away from the camera
      and propped up on a dining room chair. The child is wearing black stiletto pumps,
      a black lace thong, black bra, and a black leather jacket. The focus of the
      photograph is on her pubic area and her genitalia are covered with a black thong;

      (B) Sitting atop a dining room table wearing the same outfit as above but squatting
      down with her legs spread and her thumb in her mouth. The focus of the
      photograph is on her public area and her genitalia are covered with a black thong.

      9. In August 2004, Duhamel was contacted by an agent with the FBI working on

the Capps case.  Duhamel admitted to setting up the "morganmodel.com" site for Capps.

He advised the agent that he had a financial relationship with Capps that paid Capps 40%

of membership fees to the "morgannmodel.com" site, and Duhamel retained 60% of the

membership fees.  Duhamel stated he set up websites for teenagers and females interested in modeling.

10. On February 23, 2005, the Grand Jury in the Eastern District of South Carolina charged Capps in a three-count indictment (Case No. 7:05-CR-18-1) with violating 18 U.S.C. § 2251(a), (Production of Child Pornography)(Count I); 18 U.S.C. § 2252(a)(1) (Transporting Child Pornography)(Count II); and 18 U.S.C. § 2252(a)(4)(B) (Possession of Child Pornography) (Count III).

11. On June 20, 2005, Hon. Judge James Dever accepted Capps guilty plea to violating 18 U.S.C. § 2252(a)(1) (Count II). In the plea agreement it stated that the United States Attorney's Office for the Eastern District of North Carolina would, "make known to the Court at sentencing the full extent of the Defendant's cooperation, including whether the Government deems the Defendant to have substantially assisted authorities, but the Government [was] not promising to move for departure pursuant to 18 U.S.C. § 3553(e), U.S.S.G. 5K1.1 or Fed. R. Crim. P. 35." The United States agreed to move to dismiss Counts I and III.

12. On September 21, 2005, Capps was debriefed and provided law enforcement copies of two checks he received from Duhamel as well as copies of their email correspondence.

The Sellinger Investigation

13. On February 4, 2005, Indiana state police began an investigation into Sheila

Sellinger. A child known to Shelia Sellinger, Child N, told other children she had a website and received $3000 per week to model for photographs.

14. On November 30, 2005, Sheila Sellinger was interviewed by S.A. Thomas VanWormer with the FBI.  Sellinger stated that in November 2004, an individual identified as Matt Duhamel, contacted her about establishing a website for a ten-year-old female relative, Child N. The contract between Duhamel and Sellinger included that Sellinger would receive 40% of the membership fees to "sierra-model.com" (with 60% to Duhamel), 50% of the fees from "custom shoots,"and 100% of the sales of clothes that Child N wore in her photos.

15. Sheila Sellinger reported to S.A. Van Wormer that she would take pictures of Child N, edit them on her computer, and send them to Duhamel, who would then post them on the "www.sierra-model.com" website. Sellinger said she received over $17,000 in less than three months from Duhamel.

16. According to Shelia Sellinger, in late 2004, Duhamel flew her and Child N to Salt Lake City, to learn about the child modeling industry and participate in a video and photo shoot. Duhamel paid for hotel and other expenses related to this trip. While in Duhamel's studio in Utah, Shelia Sellinger met his business partner, Charles Granere. Granere observed a portion of the filming of a video of Child N. According to Shelia Sellinger, Granere contacted Duhamel to ask him to open "flowerstudios" with him.

17. In November 2005, SA Van Wormer interviewed Jeremy Sellinger, husband of

Shelia Sellinger. He stated that Duhamel initially paid Sellinger a portion of the membership fees via Paypal. In December 2004, PayPal froze Sellinger's account because too much money was moving through the Sellinger's account. Duhamel's Paypal account was frozen at the same time.  After the PayPal accounts were frozen Duhamel paid the Sellingers with cashiers checks from HSBC bank.  Jeremy Sellinger estimated they received over $25,000 from Duhamel as payment for their portion of the membership fees from Child N's site.

18. According to Shelia Sellinger, in early 2005, she produced a series of photos of Child N entitled "the Valentine outfit." These photos involved shots of Child N in small bikini bottoms with only pasties covering Child N's nipples. Duhamel expressed approval of these images for the "sierra-model.com" website. Members to the website could contact the Sellingers to request "custom" shots of Child N. The average cost for a custom shot was $400.   Members could purchase the outfits worn by Child N through the "www.flowerstudios.com" website.

19. According to email records, Duhamel forwarded requests for custom shoots of Child N to the Sellingers via his email address as webmaster@flowerstudios.com. A statement sent by Duhamel to the Sellingers in February 2005 indicated that "flowerstudios.com" received over $2000 in memberships in a single week from the sierra-model.com website. Duhamel forwarded Paypal payments to the Sellingers via the email talent@sandystudios.com.

20. Child N was ten-years-old at the time of these images which were taken in the late 2004 and early 2005. The images of Child N, on the "sierra-model.com" website, set up by Duhamel and Granere and operated until February 2005 included:

A) A photograph of Child N standing up outside in a white bikini bra and string-bikini type panties. Child N is pulling down the side of her underwear to almost reveal her genitalia. The focus of the photograph is Child N pulling down her underwear.

B) A photograph of Child N, laying on a floor on her back propped up on her elbows.  She is wearing purple leopard printed underwear and a bra-type top. The focus of the photograph is on the child's genitalia which is covered in leopard print underwear.

C) A photograph of Child N laying on her stomach wearing a lace black thong and a black sports-bra type top. Her buttocks are not covered in clothing. The focus of the photograph is her genitalia, which is covered by a black thong.

D) A photograph of Child N in a blue tank top and underwear. The Child has her feet bound by a fuzzy-type cloth. Her feet are raised together in the air and the photograph is shot from the angle to view her genitalia and buttocks which are covered in blue underwear.

A second photograph of Child N in this outfit was taken of the child laying down with her buttocks exposed. She also looks over her shoulder suggestively at the camera. Her genitalia is covered with blue underwear.

E) A photograph of Child N in black nylons and a dress. The photograph is taken with the child holding both of her feet up in the air. The photograph is of her genitalia and buttocks which are covered in black underwear.

F) A photograph of Child N in a black lace thong and black sports bra. She has one leg raised and the focus of the photograph is on her area of genitalia which is covered in a black lace thong.

G) A photograph of Child N in a red bra and underwear the photograph is taken of her with one leg raised in the air so the focus in her genitalia which is covered in red underwear.

A photograph in this same outfit is taken of Child N with both legs raised into the air and the focus of the photograph is her genitalia and buttocks which are covered in red underwear.

H) A photograph of Child N wearing black lace underwear under a skirt. Her leg is raised so you can see her buttocks and genitalia which are covered in lace underwear.

I) A photograph of Child N wearing red underwear under a skirt with white thigh-high stockings. You cannot see Child N's face in this photograph.

J) Two photographs of Child N wearing red string-bikini type underwear and heart-shaped pasties over her breast. She is standing up for this shot and her genitalia is covered in red underwear.

21. On January 13, 2006, Shelia Sellinger signed a plea agreement, in which she

pled guilty to violating 18 U.S.C. § 2252(a)(1) (distribution of sexually explicit material

involving minors). In this agreement she agreed to:

"cooperate with the government including, but not limited to, providing,

A. complete, total, and truthful debriefings concerning any and all information regarding the involvement of herself and others in the production, transportation, receipt or possession of child pornography, without restriction to the Southern District of Indiana or to any charge presently pending against the defendant;

B. complete, total, and truthful testimony before grand juries and at trials, as deemed necessary by government, concerning any and all information provided during course of her debriefings."

The United States signed the plea agreement on January 27, 2006. The United

States agreed that if Shelia Sellinger provided "substantial assistance" it would "file a

statement of substantial assistance, pursuant to Sentencing Guideline Section 5K1.1. The

determination of whether Shelia Sellinger provided substantial assistance is to be left to

the sole discretion of the government."

22.  On February 3, 2006, Shelia Sellinger was charged in the Southern District of Indiana, by Information with violating 18 U.S.C. § 2252(a)(1)(Distribution of Sexually Explicit Material Involving Minors). Shelia Sellinger waived her right to Indictment.

Postal Investigation

23.  www.flowerstudios listed its mailing address as PO Box 900455, Sandy, Utah 84093.  U.S. Postal Service ("USPS") records establish that Matt Duhamel was listed as the individual holding Post Office Box 900455 in Sandy, Utah. This box is listed as the post office box for Matt Duhamel, Streamline Hosting, Sandy Studios and "flowerstudios.com." The underlying address for this post office box is 28 Lone Hollow Sandy, Utah 84092 – Duhamel's former residence. This box was opened in May 2004 and closed in February 2005.

24. According to further USPS investigation and Utah state business records, during 2004, Streamline Hosting listed its address as 1431 W. 350 S. Lehi, Utah. According Utah State business records, the current owner of Streamline Hostings is Charles Granere.

Recent Investigation - "alittleagency.com" & "alittleagency.net" and Matthew Duhamel

25. During the Summer and Fall of 2005, Postal Inspector Paul Suboyu of the Cleveland Field Office received complaints regarding a child modeling site with child erotica images named, "alittleagency.com." During this time, "alittleagency.com" directed

members to a Post Office Box 4323 out of West Wendover, Nevada 89883. The

boxholder for this post office box was listed as Matt Duhamel and "A Little Agency"

with the underlying address of 28 Lone Hollow, Sandy Utah 84092 – Duhamel's former

residence according to Utah state properly sale records. This post office box was opened

in April 2005 and still remains open.

26. "alittleagency.com" questions were referred to "help@alittleagency.com." An

administrative subpoena served on Domains By Proxy for "alittleagency.com" showed a

related email address of help@alittleagency.com.  According to Domains by Proxy, the

underlying address for help@alittleagency.com is listed as P.O. Box 4323, West

Wendover, Nevada. This Post Office box is registered to Matthew Duhamel.

27. Your affiant knows that "alittleagency.*com*" operated Fall 2005 through

February 2006. The site posted child erotica photographs and underage girls posed in a

provocative manner. "alittleagency.*com*" had hyperlinks to numerous sites dedicated to

underage models and child erotica sites, including:

> (A) A photograph advertising a link to a website entitled "love 8 yr." The
> photograph depicts what appears to be a prepubescent girl laying down in blue
> underwear and a bra. The focus of the shot is on her genitalia and buttocks which
> are covered in underwear.

> (B) A photograph advertising a link to a website entitled "charming-angels.net."
> the photograph depicts at least two girls who appear to be prepubescent with their
> knees raised and the focus of the camera is on their genitalia which is covered in
> underwear.

In February 2006, visitors to the "www.alittleagency.com" site were redirected to

alittleagency.*net*." This site remains active as to the date of this warrant.

28.  "alittleagency.*net*" uses the service, "MoneyBookers" for payments to the new "alittleagency.net" site. "MoneyBookers" lists "ala_payments@hotmail.com" as the email address for payments to join "alittleagency.net." A subpoena to hotmail listed "ala_payments@hotmail.com" as belonging to "ALA" in Arizona and registered through Internet Protocol address 67.161.245.96, established on February 19, 2006. A subsequent administrative subpoena sent to Comcast indicated this IP address belongs to Matthew Duhamel and is located at his home address of 2774 Wood Hollow, Bountiful, Utah on February 19, 2006.

29. You affiant knows that GoDaddy.com was the registrar of "alittleagency.*com*" until February 2006. An administrative subpoena to GoDaddy indicated that the registrant of "alittleagency.com" was an individual named "Mark Mattos" at an address of 500 Main Street in Phoenix, Arizona. This address is a fictitious address in Phoenix, Arizona. According to GoDaddy, the associated email for "Mark Mattos" was listed as "sonoma73@hotmail.com."

30. Your affiant knows that according to the results of an administrative subpoena sent to hotmail, sonoma73@hotmail.com was registered to Matthew Duhamel of "Utah." According to the hotmail IP logs related sonoma73@hotmail.com, the email was last accessed by IP address 67.161.245.96. This IP address was traced pursuant to administrative subpoena to Comcast who indicated it belonged to Matthew Duhamel,

2774 Wood Hollow, Bountiful, Utah. Comcast records indicate that Duhamel's internet
service began on October 17, 2005 at his residence 2774 South Wood Hollow Way,
Bountiful, Utah 84010.

31.  In October 2005, GoDaddy's contact information for "alittleagency.com"
listed Matthew Duhamel, 28 Lone Hollow Drive, Sandy, Utah 84092, with the email
sonoma73@hotmail.com.  According to GoDaddy, in December 2005, Matthew Duhamel
changed his billing address for Go.Daddy.com to the address, 2774 South Wood Hollow
Way, Bountiful, Utah 84010. The email address listed with GoDaddy remained
sonoma73@hotmail.com.

32. In 2005 and presently Duhamel has his resume posted on the website
"www.matthewduhamel.com." On this site he lists his email address as
"sonoma73@hotmail.com."

33. A records check of property sales in Utah indicated that the 28 Lone Hollow
Drive, Sandy, Utah residence was sold by Matthew Duhamel in September 2005. He
subsequently purchased a new residence, 2774 South Wood Hollow Way, Bountiful, Utah
84010 on October 13, 2005.

34. Administrative subpoenas sent to Paypal listed Matthew Duhamel as having a
current account with them with an address 2774 Wood Hollow, Bountiful, Utah.

35. Your affiant knows that agents have viewed Duhamel's home 2774 Wood
Hollow Drive, within the last two weeks. Agents observed camera equipment in the front

window of the home. In the backyard of the home is a children's playset, though no children have been observed in the home.

Hyperlinked Sites to "alittleagency.com" & "alittle agency.net," Streamline Hosting, and Charles Granere

36. Your affiant knows that Electric Lightwave hosts several of the hyperlinked underage model sites listed on alittleagency.*com*, including 'paristeenmodel.com," "katiachildmodel.com," and "littlehannah.com." Electric Lightwave reports that Streamline Hosting is the "registrant" for these hyperlinked sites. Electric Lightwave lists the customer contact as "Phil" Granere with an email address of pgranere@streamlinehosting.com.  These listed hyperlinked sites include photographs of underage females posed in erotic and provocative depictions. State of Utah business records indicate that Charles Granere is the current owner of Streamline Hosting.

37. Electric Lightwave listed the original address for Streamline Hostings as 1414 East, 4500 South, Suite 5  in Salt Lake City, Utah. Electric Lightwave indicates this address was updated to a new address of 920 East State Road, Suite B, American Fork, Utah.  Your affiant knows that at 1414 East, 4500 South currently displays a sign indicating that Streamline Hosting is operating out of this address.

38. An administrative subpoena served on GoDaddy.com in December 2005 indicated that Charles Granere, residing at 1431 West 350 South, Lehi, Utah, and using the email address sonoma73@hotmail.com, was the registrant in 2004 for the

"flowerstudios.com" and "morgannmodel.com" websites. Since 2005, Granere has had

over 25 domain names registered through GoDaddy including current registered names

such as, "katiachildmodel.com," "paristeenmodel.com."and "sandystudios.com."

39. Domains by Proxy listed Charles Granere as the registrant for Streamline

Hostings.com. According to Domains by Proxy, the underlying address  for Streamline

Hosting is P.O. Box 954, Pleasant Grove, Utah 84062.

40. According to the Utah Department of Motor Vehicles current records,  398 N.

1180 E. Pleasant Grove, Utah, is the home address for Charles Granere. An investigation

of Granere's home address of 398 N. 1180 East in Pleasant Grove Utah indicates he

receives mail for Streamline Hosting at his home address.

41. As of July 2005, GoDaddy listed Charles John Granere "shopper's profile"

address as, 398 N. 1180 East, Pleasant Grove, Utah. GoDaddy also listed 398 N. 1180

East, Pleasant Grove, Utah as the address for Streamline Hosting.com.

42. 398 N. 1180 East, Pleasant Grove, Utah is a property containing a residence

and storage shed. It has had a 30-foot white trailer in the driveway for over a week. The

trailer was moved on March 1, 2006.

43. "alittleagency.*net*" shows the registrar for this new site is Joker.com.

According to Joker.com the "owner" of "alittleagency.net" is Mark Mattoes, 500 S. Main

Street, Phoenix, Arizona, with an email address of talent@sandystudios.com.

Sandystudios.com is currently registered through Domains by Proxy to Granere. This is

also the email address originally used by Duhamel to communicate with Shelia Sellinger.

44. Administrative subpoenas sent to GoDaddy indicated that GoDaddy sold several domain names to "ALA." These sites, "littlehannah.com," "audrimodel.com," "paristeenmodel.com," "katiachild.com," are hosted by Electric Lightwave. These sites were hyperlinked to "alittleagency.*com*."  Administrative subpoenas to Electric Lightwave indicated that they hosted these sites for Streamline Hosting. Electric Lightwave records indicated that the address given for Streamline Hosting was 1414 East 4500 South, Salt Lake City, Utah. According to records this address for Streamline Hosting was updated and changed to 920 E. State Road, Suite B, American Fork, Utah.

45. Your affiant knows that 1414 East 4500 South, Salt Lake City, has a sign indicating that Streamline Hosting currently operates out of this address.   A State of Utah business records check indicates that Granere is the current owner of Streamline Hosting.

46. Your affiant knows that Streamline Internet Solutions currently operates out of 920 E. State Road, Suite B, American Fork, Utah. A State of Utah business records check confirms that Granere is the current owner of Streamline Internet Solutions. The name "Streamline Internet Solutions" is listed on the window at this site 920 E. State Road, Suite B, American Fork, Utah.

47. Charles Granere and Matthew Duhamel, transported, received and possessed child pornography. Your affiant submits there is probable cause to believe that Granere and Duhamel violated 18 U.S.C. 2522(a)(1), (a)(2), and (a)(4)(B).

Subscribed and Sworn this ___ day of _____, 2006.

_____
Special Agent Petra Butler
Federal Bureau of Investigations


SUBSCRIBED AN SWORN TO BEFORE ME THIS ___ DAY OF _____ 2006.

_____
Hon. David Nuffer
United States Magistrate Judge


APPROVED: STEPHEN SORENSON

_____
KARIN FOJTIK
Assistant United States Attorney